# Dicken v. Southwest Pennsylvania Pipe Lines, Appellant.

Argued May 10, 1907. Appeal, No. 184, April T., 1907, by defendant, from decree of C. P. No. 1, Allegheny Co., Sept. T., 1906, No. 600, on bill in equity in case of J. Charles Dicken v. The Southwest Pennsylvania Pipe Lines. Before RICE, P. J., HENDERSON, ORLADY and BEAVER, JJ. Affirmed.

OPINION BY RICE, P. J., October 7, 1907:

For the reasons given in case of Henry A. Davis against this defendant the decree is affirmed at the costs of the appellant; the period of stay therein mentioned to be computed from the date of the decree of this court.